# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATHAN RANDLE FOREMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9944-WBV** |
| **ROBERT C. JENKINS, JR.** | **SECTION D** |

## ORDER

The Court, having considered the Complaint,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Because Nathan Randle Foreman has failed to establish that this Court has federal question jurisdiction under 28 U.S.C. § 1331 or diversity jurisdiction under 28 U.S.C. § 1332, his claims must be dismissed without prejudice for lack of federal subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that this lawsuit be **DISMISSED without prejudice** for lack of federal subject matter jurisdiction.

New Orleans, Louisiana, March 13, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4.
[2] R. Doc. 14.